Clifford R. Horner, Esq., State Bar No. 154353
Kevin P. Montee, Esq., State Bar No. 223822
**BERDING & WEIL LLP**
3240 Stone Valley Road West
Alamo, California 94507
Telephone: 925/838-2090
Facsimile: 925/820-5592

Attorneys for Defendant
BOND MANUFACTURING CO.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EAGLE PACIFIC INVESTORS, LLC, an Oregon limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>BOND MANUFACTURING CO., a California corporation,<br><br>Defendants. | No. 06-CV-05839-SI<br><br>**STIPULATION FOR SUBSTITUTION OF COUNSEL FOR BOND MANUFACTURING CO.** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant BOND MANUFACTURING CO. hereby stipulates to a substitution of its counsel. Defendant BOND MANUFACTURING CO., wishes to substitute Clifford Horner, Esq. and his associate Kevin P. Montee, Esq. of Berding & Weil, LLP, 3240 Stone Valley Road West, Alamo, California, in the place and stead of Dwight B. Bishop of Dwight B. Bishop, Inc.;

IT IS HEREBY STIPULATED by and between BOND MANUFACTURING CO., and its above-listed counsel that Clifford R. Horner, Esq. and his associate

1  Kevin P. Montee, Esq. will substitute in as BOND MANUFACTURING CO.'s
2  counsel of record, and Dwight B. Bishop withdraws as BOND
3  MANUFACTURING CO.'s counsel of record.
4
5  Date: November 21, 2006                    BERDING & WEIL LLP
6
7                                             By: _____
8                                                 CLIFFORD R. HORNER
                                                  KEVIN P. MONTEE
9                                                 Attorneys for Defendant
                                                  BOND MANUFACTURING CO.
10
11
12 Date: November 21, 2006                    DWIGHT B. BISHOP, INC.
13
14                                            By: _____
                                                  Dwight B. Bishop
15
16
17 Date: November 10, 2006                    BOND MANUFACTURING CO.
18
19                                            By: _____
                                                  Daryl Merritt
20                                                BOND MANUFACTURING CO.

**IT IS SO ORDERED**
Judge Susan Illston