Clifford R. Horner, Esq., State Bar No. 154353
Terrence A. Meyerhoff, Esq., State Bar No. 176701
**HORNER & SINGER LLP**
1646 N. California Blvd., Suite 250
Walnut Creek, CA 94596
Telephone: 925/943-6570
Fax: 925/943-6888

Attorneys for Defendant
BOND MANUFACTURING CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EAGLE PACIFIC INVESTORS, LLC, an Oregon limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>BOND MANUFACTURING CO., a California corporation,<br><br>Defendants. | No. 06-CV-05839-SI<br><br>**STIPULATION TO EXTEND TIME TO COMPLETE INITIAL DISCLOSURES AND FILE REPORT** |

**COMES NOW**, Plaintiff Eagle Pacific Investors, LLC and Defendant Bond Manufacturing by and through their attorneys of record, hereby agree and stipulate as follows:

The time for Plaintiff and Defendant to file initial disclosures or to state objection thereto, in accordance with Federal Rules of Civil Procedure, Rule 26(f), shall be extended to January 26 2007.

///
///

1  Date: January 2, 2007                    HORNER & SINGER, LLP

3                                           By: _____
4                                           CLIFFORD R. HORNER
                                            TERRENCE A. MEYERHOFF
                                            HORNER & SINGER LLP
5                                           Attorneys for Defendant
                                            BOND MANUFACTURING CO.

8  Date: January 3, 2007

10                                          By: _____
11                                          BRUCE LAIDLAW
                                            MILLER, STARR & REGALIA
                                            Attorneys for Plaintiff
12                                          EAGLE PACIFIC INVESTORS, LLC

Clifford R. Horner, Esq., State Bar No. 154353
Terrence Meyerhoff., State Bar No. 176701
**HORNER & SINGER LLP**
1646 N. California Blvd., Suite 250
Walnut Creek, CA 94596
Telephone: 925/943-6570
Fax: 925/943-6888

Attorneys for Defendant
Bond Manufacturing Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EAGLE PACIFIC INVESTORS, LLC, an Oregon limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>BOND MANUFACTURING CO., a California corporation,<br><br>Defendants. | No. 06-CV-05839-SI<br><br>**DECLARATION OF TERRENCE MEYERHOFF IN SUPPORT OF STIPULATION TO EXTEND TIME TO COMPLETE INITIAL DISCLOSURES AND FILE REPORT** |

I, Terrence A. Meyerhoff, declare as follows:

1. I am an attorney duly licensed and admitted to the State Bar of California and associated with the law firm of Berding & Weil, LLP, attorneys of record for Defendant Bond Manufacturing Company. I have personal knowledge of each of the facts set forth in this Declaration, and could and would testify competently thereto.

2. Defendant and Plaintiff have met and conferred as required in advance of the case management conference hearing set in this matter for January 12, 2007.

3. Defendant and Plaintiff believe that extending the time for completing the initial disclosures and filing the disclosure report with the court would benefit the parties in fully evaluating the matters that are required to be disclosed pursuant to Federal Rule of Civil Procedure 26(f).

HORNER & SINGER LLP
1646 N. California Blvd., Suite 250
Walnut Creek, CA 94596

Declaration of Terrance Meyerhoff in Support of Stipulation to Extend Time to Complete Initial Disclosures and File Report

-1-

4. The parties have not requested any modifications of time in this matter, other than the instant request and stipulation before the Court.

5. Bond Manufacturing does not believe that this requested modification will affect the scheduling of this case, which in any event, has not been yet determined, but is to be determined at the case management conference hearing of January 12, 2007.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on January 2, 2007, at Walnut Creek, California.

Terrence A. Meyerhoff

HORNER & SINGER
LLP
1646 N. California Blvd., Suite 250
Walnut Creek, CA 94596

Declaration of Terrance Meyerhoff in Support of Stipulation to Extend Time to Complete Initial Disclosures and File Report

-2-

Clifford R. Horner, Esq., State Bar No. 154353
Terrence A. Meyerhoff, Esq., State Bar No. 176701
**HORNER & SINGER LLP**
1646 N. California Blvd., Suite 250
Walnut Creek, CA 94596
Telephone: 925/943-6570
Fax: 925/943-6888

Attorneys for Defendant
BOND MANUFACTURING CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EAGLE PACIFIC INVESTORS, LLC, an Oregon limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>BOND MANUFACTURING CO., a California corporation,<br><br>Defendants. | No. 06-CV-05839-SI<br><br>**[PROPOSED] ORDER RE STIPULATION TO EXTEND TIME TO COMPLETE INITIAL DISCLOSURES AND FILE REPORT** |

Plaintiff Eagle Pacific Investors, LLC and Defendant Bond Manufacturing by and through their attorneys of record, hereby agree and stipulated to extend the time for Plaintiff and Defendant to file initial disclosures or to state objection thereto, in accordance with Federal Rules of Civil Procedure, Rule 26(f) to January 26, 2007.

**IT IS SO ORDERED:**

Date: January ___, 2007

By: _____
Judge of the Court

[PROPOSED] ORDER RE STIPULATION TO EXTEND TIME TO
COMPLETE INITIAL DISCLOSURES AND FILE REPORT

-1-

**PROOF OF SERVICE**
*Eagle Pacific Investors, LLC v. Bond Manufacturing Co.*
United States District Court, Northern District of California, Case No. 06-CV-05839 SI

I, Kelly L. Rodriguez, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 300 Hamilton Avenue, Third Floor, Palo Alto, CA 94301. On January 3, 2007, I served the within document(s):

**STIPULATION TO EXTEND TIME TO COMPLETE INITIAL DISCLOSURES AND FILE REPORT; DECLARATION OF TERRENCE MEYERHOFF IN SUPPORT OF STIPULATION TO EXTEND TIME TO COMPLETE INITIAL DISCLOSURES AND FILE REPORT; [PROPOSED] ORDER RE STIPULATION TO EXTEND TIME TO COMPLETE INITIAL DISCLOSURES AND FILE REPORT**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Palo Alto, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Clifford R. Horner, Esq.  Attorneys for Defendant Bond
Terence Meyerhoff, Esq.  Manufacturing Co.
Horner & Singer LLP
1676 N. California Blvd., Ste. 250
Walnut Creek, CA 94596
**Telephone: (925) 943-6570**
**Facsimile: (925) 943-6888**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 3, 2007, at Palo Alto, California.

_____
Kelly L. Rodriguez

EPI\36862\685675.1