Clifford R. Horner, Esq., State Bar No. 154353
Terrence A. Meyerhoff, Esq., State Bar No. 176701
**HORNER & SINGER LLP**
1646 N. California Blvd., #250
Walnut Creek, California 94596
Telephone: 925/943-6570
Facsimile: 925/943-6888

Attorneys for Defendant
BOND MANUFACTURING COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EAGLE PACIFIC INVESTORS, | No. 06-05839 SI |
| Plaintiff(s), | **STIPULATION FOR SUBSTITUTION OF COUNSEL FOR BOND MANUFACTURING CO.** |
| vs. | |
| BOND MANUFACTURING COMPANY, | |
| Defendant(s), et al. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant BOND MANUFACTURING CO. hereby stipulates to a substitution of its counsel. Defendant BOND MANUFACTURING CO., wishes to substitute Clifford Horner, Esq. and his associate Terrence A. Meyerhoff, Esq. of Horner & Singer LLP, 1646 N. California Blvd., Suite 250, Walnut Creek, California, 94596, telephone number (925) 943-6570 in the place and stead of Berding & Weil, LLP;

IT IS HEREBY STIPULATED by and between BOND MANUFACTURING CO., and its above-listed counsel that Clifford R. Horner, Esq. and his associate Terrence A. Meyerhoff, Esq. of Horner & Singer, LLP will substitute in as BOND MANUFACTURING CO.'s counsel of record in lieu of Berding & Weil, LLP.

///

-1-

| | | |
|---|---|---|
| 1 | Date: January 2, 2007 | **BERDING & WEIL, LLP** |
| 2 | | |
| 3 | | By: _____ |
| 4 | | CLIFFORD R. HORNER |
| | | TERRENCE A. MEYERHOFF |
| 5 | | HORNER & SINGER LLP |
| | | Attorneys for Defendant |
| 6 | | BOND MANUFACTURING CO. |
| 10 | Date: January ___, 2007 | **BOND MANUFACTURING CO.** |
| 12 | | By: _____ |
| 13 | | Daryl Merritt |
| | | BOND MANUFACTURING CO. |
| 16 | Date: January 2, 2007 | **BERDING & WEIL LLP** |
| 18 | | By: _____ |
| | | Jeffrey B. Cereghino |
| 19 | | BERDING & WEIL, LLP |

**IT IS SO ORDERED**

*Susan Illston*
Judge Susan Illston

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA