IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK SATCHELL,<br><br>            Plaintiff,<br><br>  v.<br><br>FEDEX CORPORATION,<br><br>            Defendant.<br>                                          / | No. C 03-02659 SI<br>and C-03-2659 SI<br><br>**SECOND<br>PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

HEARING ON MOTIONS IN LIMINE: <u>February 9, 2007</u> at <u>9:00 a.m.</u>
Reply due: 1/16/07

HEARING ON MOTIONS IN LIMINE: <u>March 2, 2007</u> at <u>9:00 a.m.</u>
Motions filed: 1/19/07, Oppositions due: 2/2/07, Replies due: 2/9/07

PRETRIAL CONFERENCE DATE: <u>March 13, 2007</u> at <u>3:30 PM</u>.
(Pretrial Statement due: 2/27/07)

JURY TRIAL DATE: <u>April 2, 2007</u> at <u>8:30 AM.</u>,
    Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial and trial dates were continued as indicated above.
Counsel will discuss the use of jury questionnaires during the 2/9/07 hearing.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 1/16/07

                                                          SUSAN ILLSTON
                                                          United States District Judge