IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EAGLE PACIFIC INVESTORS, | No. C 06-05839 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| BOND MANUFACTURING, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>April 13, 2007</u> at <u>2:30 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>July 20, 2007</u>.

DESIGNATION OF EXPERTS: <u>6/1/07</u>; REBUTTAL: <u>6/18/07</u>.
   Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>July 20, 2007</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>August 3, 2007</u>;

   Opp. Due <u>August 17, 2007</u>;  Reply Due <u>8/24/07</u>;

   and set for hearing no later than <u>September 7, 2007</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>October 9, 2007</u> at <u>3:30 PM</u>.

COURT TRIAL DATE: <u>October 22, 2007</u> at <u>8:30 AM.</u>,
   Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be <u>three</u> days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties will participate in private mediation with Judge Hodge in early April 2007. If Judge Hodge is not available to conduct the meditation, another mediator will be selected.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 1/17/07

_____
SUSAN ILLSTON
United States District Judge