# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

EAGLE PACIFIC INVESTORS,
    Plaintiff,

v.

BOND MANUFACTURING,
    Defendant.
_____/

No. C 06-05839 SI
**SECOND**
**PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

RESERVED FOR MOTION FOR LEAVE TO AMEND: June 15, 2007, at 9:00 a.m.

FURTHER CASE MANAGEMENT: June 15, 2007 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is July 20, 2007.

DESIGNATION OF EXPERTS: 6/1/07; REBUTTAL: 6/18/07.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is July 20, 2007.

DISPOSITIVE MOTIONS **SHALL** be filed by August 3, 2007;

    Opp. Due August 17, 2007; Reply Due 8/24/07;

    and set for hearing no later than September 7, 2007 at 9:00 AM.

PRETRIAL CONFERENCE DATE: November 6, 2007 at 3:30 PM.

COURT TRIAL DATE: November 13, 2007 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be three days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Counsel shall research whether or not they can request a jury.

This case shall be referred to a magistrate-judge for settlement purposes. The settlement conference shall occur during the last two weeks in June 2007.

Defendant shall show plaintiff it's proposed amended answer and counterclaim by May 11, 2007. If no stipulation to file the amended answer and counterclaim can be reached, plaintiff must file a motion for leave to amend.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

                              */s/ Susan Illston*
                              SUSAN ILLSTON
                              United States District Judge

United States District Court
For the Northern District of California