Clifford R. Horner, Esq., State Bar No. 154353
Terrence A. Meyerhoff, Esq., State Bar No. 176701
**HORNER & SINGER LLP**
1646 N. California Blvd., Suite 250
Walnut Creek, CA 94596
Telephone: 925/943-6570
Fax: 925/943-6888

Attorneys for Defendant
BOND MANUFACTURING CO.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EAGLE PACIFIC INVESTORS, LLC, an Oregon limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>BOND MANUFACTURING CO., a California corporation,<br><br>Defendants. | No. 06-CV-05839-SI<br><br>**STIPULATION FOR DEFENDANT BOND MANUFACTURING COMPANY TO FILE COUNTERCLAIMS** |

**COMES NOW**, Plaintiff Eagle Pacific Investors, LLC and Defendant Bond Manufacturing (the "Parties") by and through their attorneys of record, hereby agree and stipulate as follows:

The parties stipulate that Defendant Bond Manufacturing Company may file its proposed counterclaims in this matter and need not at this time seek leave of Court to do so.

///

///

///

| | | |
|---|---|---|
| 1 | Date: May 14, 2007 | HORNER & SINGER, LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | CLIFFORD R. HORNER<br>TERRENCE A. MEYERHOFF |
| 5 | | HORNER & SINGER LLP<br>Attorneys for Defendant |
| 6 | | BOND MANUFACTURING CO. |

Date: May 14, 2007

By: _____
BRUCE LAIDLAW
MILLER, STARR & REGALIA
Attorneys for Plaintiff
EAGLE PACIFIC INVESTORS, LLC

**IT IS SO ORDERED**

*/s/ Susan Illston*
Judge Susan Illston

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA