BRUCE W. LAIDLAW (California Bar No. 66509)
MILLER STARR REGALIA
A Professional Law Corporation
300 Hamilton Avenue, Third Floor
Palo Alto, California 94301
Telephone: (650) 463-7800
Facsimile: (650) 462-1010
Email: bwl@MSandR.com

Attorneys for Plaintiff, EAGLE PACIFIC INVESTORS, LLC, an Oregon limited liability company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EAGLE PACIFIC INVESTORS, LLC, an Oregon limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BOND MANUFACTURING CO., a California corporation,<br><br>Defendant. | Case No. CV 06-05839-SI<br><br>STIPULATION AND ORDER EXTENDING EXPERT WITNESS DISCLOSURE DATES |

IT IS HEREBY STIPULATED by and between counsel of record for plaintiff, Eagle Pacific Investors, LLC, and for defendant, Bond Manufacturing Co., that the date for expert witness disclosures pursuant to FRCP 26(a)(2) is hereby extended to and including June 15, 2007, and that the date for designation of rebuttal experts is hereby extended to and including July 3, 2007.

Dated: May __, 2007            MILLER STARR REGALIA

By: _____
BRUCE W. LAIDLAW
Attorneys for Plaintiff
EAGLE PACIFIC INVESTORS, LLC

EPI\36862\700926.1           -1-

STIPULATION AND ORDER EXTENDING EXPERT WITNESS DISCLOSURE DATES

Dated: May 19, 2007

HORNER & SINGER LLP

By: _____
TERENCE MEYERHOFF
Attorneys for Defendant
BOND MANUFACTURING CO.

ORDER

IT IS SO ORDERED.

Dated: _____, 2007

_____
HONORABLE SUSAN ILLSTON
JUDGE OF THE UNITED STATES
DISTRICT COURT, NORTHERN
DISTRICT OF CALIFORNIA